NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUN 4 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FESTUS OKWUDILI OHAN, | No. 23-35571 |
| Plaintiff-Appellant, | D.C. No. 3:23-cv-00047-SLG |
| v. | |
| AMERICAN MEDICAL ASSOCIATION; NATIONAL BOARD OF MEDICAL EXAMINERS; FEDERATION OF STATE MEDICAL BOARD, (FSMB); AMERICAN HOSPITAL ASSOCIATION; ASSOCIATION OF AMERICAN MEDICAL COLLEGES, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted May 29, 2024[**]

Before:     FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Festus Okwudili Ohan appeals pro se from the district court's judgment

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

dismissing his action related to purported takings of his property, among other things.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

In his opening brief, Ohan failed to address the grounds for dismissal and has therefore forfeited his challenge to the district court's order.  *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we cannot manufacture arguments for an appellant and therefore we will not consider any claims that were not actually argued in appellant's opening brief" (citation and internal quotation marks omitted)).

All pending motions are denied.

**AFFIRMED.**